1  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   Alan R. Plutzik (Bar No. 077785)
2  L. Timothy Fisher (Bar No. 191626)
   Kathryn A. Schofield (Bar No. 202939)
3  2125 Oak Grove Road, Suite 120
   Walnut Creek, California 94598
4  Telephone: (925) 945-0200
   Facsimile: (925) 945-8792
5
   SCHIFFRIN & BARROWAY LLP
6  Eric L. Zagar
   Sandra G. Smith
7  280 King of Prussia Road
   Radnor, PA 19087
8  Telephone: (610) 667-7706
   Facsimile: (610) 667-7056
9
   Attorneys for Plaintiff
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                           SAN JOSE DIVISION
13

14  FRANK BROZOVICH, Derivatively on Behalf        Case No. C06-05352 JW (HRL)
    of Nominal Defendant ACTEL
15  CORPORATION,

16                                    Plaintiff,    **STIPULATION AND [PROPOSED]**
                                                    **ORDER SETTING SCHEDULE FOR**
17           v.                                     **FILING OF AMENDED**
                                                    **COMPLAINT**
18  JOHN C. EAST, ESMAT Z. HAMDY, PAUL
    V. INDACO, FARES N. MUBARAK, DENNIS
19  G. KISH, HANK L. PERRET, DOUGLAS D.
    GOODYEAR, JEFFREY M. SCHLAGETER,
20  DAVID M. SUGISHITA, DENNIS F. NYE,
    CARL N. BURROW, ROBERT J. SMITH II,
21  ROBERT G. SPENCER and JACOB
    JACOBSSON,
22
                                   Defendants,
23                     and
    ACTEL CORPORATION,
24
                          Nominal Defendant.
25

26

27

28

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF AMENDED COMPLAINT
CASE NO. C06-05352 JW
49159

1

2      WHEREAS, counsel for Plaintiff and Defendants have met and conferred and have agreed

3  to a schedule for filing an Amended Complaint and for briefing any motion directed at the

4  Amended Complaint; and

5      WHEREAS, the agreed-upon schedule is not for the purpose of delay, promotes judicial

6  efficiency, and will not cause prejudice to any party.

7      THEREFORE, IT IS STIPULATED AND AGREED by Plaintiff and Defendants, through

8  their respective counsel of record, as follows:

9      1.    Defendants' counsel shall appear for and accept service on behalf of all Defendants

10 not already served, without waiving any jurisdictional rights.

11     2.    Plaintiff shall no later than 60 days from the entry of this Order file and serve an

12 Amended Complaint which will supersede all existing complaints filed in these actions.

13 Defendants need not respond to any of the pre-existing complaints.

14     3.    Defendants shall answer or otherwise respond to the Amended Complaint no later

15 than 45 days from the date of service.

16     4.    In the event that Defendants file and serve any motion directed at the Amended

17 Complaint, Plaintiff shall file and serve his opposition within 45 days after the service of the

18 motion.

19     5.    If Defendants file and serve a reply to Plaintiff's opposition, they will do so within

20 30 days.

21

22 IT IS SO STIPULATED.

23

24     I, Kathryn A. Schofield, am the ECF User whose identification and password are being

25 used to file the Stipulation regarding related cases in compliance with General Order 45.X.B,

26

27

28

1   hereby attest that Bahram Seyedin-Noor has concurred in this filing.

2   DATED:  October 31, 2006                    BRAMSON, PLUTZIK, MAHLER &
3                                                BIRKHAEUSER, LLP

4                                                By:

5                                                     Alan R. Plutzik (Bar No. 077785)
6                                                     L. Timothy Fisher (Bar No. 191626)
                                                     Kathryn A. Schofield (Bar No. 202939)
7                                                     2125 Oak Grove Road, Suite 120
                                                     Walnut Creek, CA 94598
8                                                     Telephone:  (925) 945-0200
                                                     Facsimile:  (925) 945-8792
9

10                                               SCHIFFRIN & BARROWAY, LLP
                                                     Eric Zagar
11                                                   Sandra G. Smith
                                                     280 King of Prussia Road
12                                                   Radnor, PA  19087
                                                     Telephone: 610-667-7706
13

14                                               *Counsel for Plaintiff*

15
     DATED:  October 31, 2006                    WILSON SONSINI GOODRICH & ROSATI
16                                               Professional Corporation

17

18                                               By:   /s/ Bahram Seyedin-Noor
                                                       Bahram Seyedin-Noor
19

20                                                   Nina F. Locker (Bar No. 123838)
                                                     Caz Hashemi (Bar No. 210239)
21                                                   Bahram Seyedin-Noor (Bar No. 203244)
                                                     WILSON SONSINI GOODRICH & ROSATI
22                                                   Professional Corporation
                                                     650 Page Mill Road
23                                                   Palo Alto, CA 94304-1050
                                                     Telephone:  (650) 493-9300
24                                                   Facsimile:  (650) 493-6811

25                                               *Counsel for Defendants*

26

27

28

1

2                              *       *       *

3                                   **ORDER**

4

5           PURSUANT TO STIPULATION, IT IS SO ORDERED.

6

7    DATED:  November 1st, 2006                _____

8                                              JAMES WARE
                                               UNITED STATES DISTRICT JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF AMENDED COMPLAINT    3
CASE NO. C06-05352 JW
49159