1  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   Alan R. Plutzik (Bar No. 077785)
2  L. Timothy Fisher (Bar No. 191626)
   Kathryn A. Schofield (Bar No. 202939)
3  2125 Oak Grove Road, Suite 120
   Walnut Creek, California 94598
4  Telephone: (925) 945-0200
   Facsimile: (925) 945-8792
5
   SCHIFFRIN & BARROWAY LLP
6  Eric L. Zagar
   Sandra G. Smith
7  280 King of Prussia Road
   Radnor, PA 19087
8  Telephone: (610) 667-7706
   Facsimile: (610) 667-7056
9
   Attorneys for Plaintiff
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANK BROZOVICH, Derivatively on Behalf of Nominal Defendant ACTEL CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>JOHN C. EAST, ESMAT Z. HAMDY, PAUL V. INDACO, FARES N. MUBARAK, DENNIS G. KISH, HANK L. PERRET, DOUGLAS D. GOODYEAR, JEFFREY M. SCHLAGETER, DAVID M. SUGISHITA, DENNIS F. NYE, CARL N. BURROW, ROBERT J. SMITH II, ROBERT G. SPENCER and JACOB JACOBSSON,<br><br>　　　　　　　　　Defendants,<br><br>and,<br><br>ACTEL CORPORATION,<br><br>　　　　　　　　　Nominal Defendant. | Case No. C06-05352 JW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO JANUARY 8, 2006**<br><br>Date:　　　　January 8, 2006<br>Time:　　　　10:00 a.m.<br>Courtroom:　8, Hon. James Ware |

STIPULATION
CASE NO. C06-05352 JW
49484

1  WHEREAS, the action *Brozovich v. East, et al.,* Case No. C06-05352 JW was filed in this Court on August 30, 2006;

WHEREAS, the action *Younan v. East, et al.,* Case No. C06832 JW was filed in this Court on November 2, 2006;

WHEREAS, on November 13, 2006 the Court entered an order relating the *Brozovich* and *Younan* actions;

WHEREAS, on November 14, 2006, the parties submitted for the Court's approval a Stipulation and [Proposed] Order Consolidating Cases For All Purposes, and Setting Schedule for Filing of Consolidated Complaint;

WHEREAS, Plaintiffs' Motion to Appoint Lead Plaintiff, Lead Counsel and Liaison Counsel is currently scheduled for hearing on January 8, 2007 at 9:00 a.m.;

WHEREAS, the Initial Case Management Conference in the present action is currently scheduled for ~~December 5, 2006~~ January 8, 2007 at 10:00 a.m.;

WHEREAS, the parties believe that it would benefit the Court's and the parties' resources to have the Initial Case Management Conference occur on or after the hearing on Plaintiff's Motion to Appoint Lead Plaintiff;

THEREFORE, IT IS STIPULATED AND AGREED by plaintiffs and defendants, through their respective counsel of record, that the Initial Case Management Conference be rescheduled to January 8, 2007 at 10:00 a.m.

SO STIPULATED.

I, Kathryn A. Schofield, am the ECF User whose identification and password are being used to file the Stipulation in compliance with General Order 45.X.B, hereby attest that the other signatory has concurred in this filing.

Dated: November 29, 2006         BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

_____
Kathryn A. Schofield

|   |   |
|---|---|
| 1 | Alan R. Plutzik |
| 2 | L. Timothy Fisher |
|   | Kathryn A. Schofield |
| 3 | 2125 Oak Grove Road, Suite 120 |
|   | Walnut Creek, California  94598 |
| 4 | Telephone:  (925) 945-0200 |
|   | Facsimile:  (925) 945-8792 |

SCHIFFRIN & BARROWAY LLP
Eric L. Zagar
Sandra G. Smith
280 King of Prussia Road
Radnor, PA  19087
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056

Attorneys for Plaintiffs

Dated: November 29, 2006        WILSON SONSINI GOODRICH & ROSATI


                    /s/  Bahram Seyedin-Noor
_____


Bahram Seyedin-Noor
650 Page Mill Road
Palo Alto, CA  94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Attorneys for Defendants*

         *     *     *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  ~~November~~ December 01, 2006

/s/ James Ware
_____
UNITED STATES DISTRICT JUDGE