1  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   Alan R. Plutzik (Bar No. 077785)
2  L. Timothy Fisher (Bar No. 191626)
   Kathryn A. Schofield (Bar No. 202939)
3  2125 Oak Grove Road, Suite 120
   Walnut Creek, California 94598
4  Telephone: (925) 945-0200
   Facsimile: (925) 945-8792
5
   SCHIFFRIN & BARROWAY LLP
6  Eric L. Zagar
   Sandra G. Smith
7  280 King of Prussia Road
   Radnor, PA 19087
8  Telephone: (610) 667-7706
   Facsimile: (610) 667-7056
9
   Attorneys for Plaintiffs
10 Brozovich and Younan

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                         SAN JOSE DIVISION

14 FRANK BROZOVICH, Derivatively on Behalf    Case No. C06-05352 JW (HRL)
   of Nominal Defendant ACTEL
15 CORPORATION,

16                       Plaintiff,           **CORRECTED STIPULATION AND
                                              [PROPOSED] ORDER VACATING
17   v.                                       SCHEDULE FOR FILING OF
                                              AMENDED COMPLAINT**
18 JOHN C. EAST, ESMAT Z. HAMDY, PAUL
   V. INDACO, FARES N. MUBARAK, DENNIS
19 G. KISH, HANK L. PERRET, DOUGLAS D.
   GOODYEAR, JEFFREY M. SCHLAGETER,
20 DAVID M. SUGISHITA, DENNIS F. NYE,
   CARL N. BURROW, ROBERT J. SMITH II,
21 ROBERT G. SPENCER and JACOB
   JACOBSSON,
22
                         Defendants,
23            and
   ACTEL CORPORATION,
24
                    Nominal Defendant.
25

26

27

28

# STIPULATION

WHEREAS, *Brozovich v. East, et al.* (06-cv-05352-JW) was filed on August 30, 2006;

WHEREAS, on November 1, 2006 in the *Brozovich* action, this Court ordered that an amended complaint be filed, and pursuant to that order the amended complaint is currently calendared for January 2, 2007;

WHEREAS *Younan v. East, et al.* (06-cv-06832-JW) was filed on November 2, 2006;

WHEREAS, on November 14, 2006 the parties filed a Stipulation and [Proposed] Order Consolidating Cases for All Purposes, and Setting Schedule for Filing of Consolidated Complaint;

WHEREAS, on November 15, 2006, Plaintiffs Brozovich and Younan filed a Motion to Appoint Lead Plaintiffs, Lead Counsel and Liaison Counsel ("Lead Plaintiff Motion"), to be heard on January 8, 2007 at 9:00 a.m., after the amended complaint in the *Brozovich* action is currently calendered;

WHEREAS, no opposition to the Lead Plaintiff Motion was filed;

WHEREAS, if the Court orders the *Brozovich* and *Younan* actions to be consolidated, Plaintiffs will be filing a consolidated amended complaint following the hearing;

WHERAS, the parties have entered into a Stipulation that Defendants need not respond to either the *Brozovich* or *Younan* complaints until such time as Plaintiffs file a consolidated complaint,

WHEREAS, counsel for Plaintiff and Defendants have met and conferred and have agreed that it is not in the interest of judicial efficiency for Plaintiffs to file to an amended complaint in the *Brozovich* action *and* a consolidated amended complaint in the consolidated action;

THEREFORE, IT IS STIPULATED AND AGREED by Plaintiffs and Defendants, through their respective counsel of record that the deadline for filing the amended complaint in the *Brozovich* action should be vacated pending an order on Plaintiffs' Lead Plaintiff Motion and the Consolidation Stipulation.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: December 26, 2006 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |

By: /s/ Alan R. Plutzik
Alan R. Plutzik (Bar No. 077785)
L. Timothy Fisher (Bar No. 191626)
Kathryn A. Schofield (Bar No. 202939)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

SCHIFFRIN & BARROWAY, LLP
Eric Zagar
Sandra G. Smith
280 King of Prussia Road
Radnor, PA 19087
Telephone: 610-667-7706

*Counsel for Plaintiffs Brozovich and Younan*

DATED: December 26, 2006                WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation


By:   /s/ Bahram Seyedin-Noor
       Bahram Seyedin-Noor

Nina F. Locker (Bar No. 123838)
Caz Hashemi (Bar No. 210239)
Bahram Seyedin-Noor (Bar No. 203244)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Counsel for Defendants*

---

CORRECTED STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF AMENDED COMPLAINT
CASE NO. C06-05352 JW                                                                    2

1 |     I, Alan R. Plutzik, am the ECF User whose identification and password are being used to file the Stipulation regarding related cases in compliance with General Order 45.X.B, hereby attest that Bahram Seyedin-Noor has concurred in this filing.

Dated: December 26, 2006         BRAMSON, PLUTZIK, MAHLER &
                                             BIRKHAEUSER, LLP

                                             By: /s/ Alan R. Plutzik
                                             Attorney for Plaintiffs

CORRECTED STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FILING OF AMENDED COMPLAINT   3
CASE NO. C06-05352 JW

1
2                                    *    *    *
3                                   **ORDER**
4
5           PURSUANT TO STIPULATION, IT IS SO ORDERED.
6
7       DATED: December 27, 2006                    /s/ James Ware
                                                    JAMES WARE
8                                                   UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28