
```
 1  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
    Alan R. Plutzik (Bar No. 077785)
 2  L. Timothy Fisher (Bar No. 191626)
    Kathryn A. Schofield (Bar No. 202939)
 3  2125 Oak Grove Road, Suite 120
    Walnut Creek, California  94598
 4  Telephone: (925) 945-0200
    Facsimile:  (925) 945-8792
 5
    SCHIFFRIN & BARROWAY LLP
 6  Eric L. Zagar
    Sandra G. Smith
 7  280 King of Prussia Road
    Radnor, PA  19087
 8  Telephone:  (610) 667-7706
    Facsimile:  (610) 667-7056
 9
    Attorneys for Plaintiffs
10  Brozovich and Younan
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANK BROZOVICH, Derivatively on Behalf of Nominal Defendant ACTEL CORPORATION,<br><br>                              Plaintiff,<br><br>     v.<br><br>JOHN C. EAST, ESMAT Z. HAMDY, PAUL V. INDACO, FARES N. MUBARAK, DENNIS G. KISH, HANK L. PERRET, DOUGLAS D. GOODYEAR, JEFFREY M. SCHLAGETER, DAVID M. SUGISHITA, DENNIS F. NYE, CARL N. BURROW, ROBERT J. SMITH II, ROBERT G. SPENCER and JACOB JACOBSSON,<br><br>                              Defendants,<br><br>     and,<br><br>ACTEL CORPORATION,<br><br>                              Nominal Defendant. | Case No. C06-05352 JW<br><br>**CORRECTED APPLICATION OF PLAINTIFFS BROZOVICH AND YOUNAN FOR ORDER SHORTENING TIME TO HEAR PLAINTIFFS' MOTION TO CONSOLIDATE CASES, AND [PROPOSED] ORDER** |

---

CORRECTED APPLICATION FOR ORDER SHORTENING TIME RE: CONSOLIDATION MOTION, AND [PROPOSED] ORDER
49733

| | | |
|---|---|---|
| 1 | SAMIR YOUNAN, Derivatively on Behalf of Nominal Defendant ACTEL CORPORATION, | Case No. C06-06832 JW |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | JOHN C. EAST, ESMAT Z. HAMDY, PAUL V. INDACO, FARES N. MUBARAK, DENNIS G. KISH, HANK L. PERRET, DOUGLAS D. GOODYEAR, JEFFREY M. SCHLAGETER, DAVID M. SUGISHITA, DENNIS F. NYE, CARL N. BURROW, ROBERT J. SMITH II, ROBERT G. SPENCER and JACOB JACOBSSON, | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | Defendants, | |
| 10 | and, | |
| 11 | ACTEL CORPORATION, | |
| 12 | Nominal Defendant. | |

CORRECTED APPLICATION FOR ORDER SHORTENING TIME RE:
CONSOLIDATION MOTION, AND [PROPOSED] ORDER
49733

Pursuant to Local Rule 6-1, Plaintiffs Brozovich and Younan ("Plaintiffs") hereby apply for an Order Shortening Time for their Motion to Consolidate Cases (*Brozovich v. East, et al.* 06-cv-05352-JW and *Younan v. East, et al.* 06-cv-06832-JW), filed concurrently with this Application. The attached declaration of Kathryn A. Schofield demonstrates that shortened time is appropriate because the Motion to Consolidate should be heard concurrently with the Motion for the Appointment of Lead Plaintiff, Lead Counsel and Liaison Counsel ("Lead Plaintiff Motion") and the Case Management Conference, both calendared for January 8, 2007.

Any interested parties have been given ample notice of the parties' intention to consolidate these two cases. All parties in both cases, through their counsel, stipulated to consolidation, and filed that stipulation with the Court on November 14, 2006. Therefore, the parties' intention to consolidate the two cases has been in the public record for over a month, without any subsequent objection or opposition. Moreover, Plaintiffs' November 15, 2006 Lead Plaintiff Motion is unopposed. Accordingly, Plaintiffs do not anticipate any opposition to their Motion to Consolidate. Moreover, Defendants do not oppose this application for shortened time. In light of the judicial efficiencies of hearing the Motion to Consolidate and the Lead Plaintiff Motion on the same schedule, and the pre-existing consolidation stipulation, shortened time is appropriate in this instance.

Dated: December 26, 2006        BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

_____
Alan R. Plutzik

Alan R. Plutzik
L. Timothy Fisher
Kathryn A. Schofield
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

| | |
|---|---|
| 1 | |
| 2 | SCHIFFRIN & BARROWAY LLP |
|   | Eric L. Zagar |
|   | Sandra G. Smith |
| 3 | 280 King of Prussia Road |
|   | Radnor, PA  19087 |
| 4 | Telephone:  (610) 667-7706 |
|   | Facsimile:  (610) 667-7056 |
| 5 | Attorneys for Plaintiffs Brozovich and Younan |

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

**DECLARATION OF KATHRYN A. SCHOFIELD IN SUPPORT OF APPLICATION FOR ORDER CONTINUING CLASS CERTIFICATION SCHEDULE**

I, Kathryn A. Schofield declare:

1. I am an attorney admitted to practice before the courts of this State and am an attorney with the law firm of Bramson, Plutzik, Mahler & Birkhaeuser LLP, attorneys of record for Plaintiffs in the *Brozovich* and *Younan* actions.

2. *Brozovich* and *Younan* are derivative actions. *Brozovich v. East, et al* (C06-5352 JW) was filed on August 30, 2006 and *Younan v. East, et al* (C06-6832 JW) was filed on November 2, 2006.

3. Shortened time is appropriate in this instance because the Motion to Consolidate should be heard concurrently with the November 15, 2006 Motion for the Appointment of Lead Plaintiff, Lead Counsel and Liaison Counsel ("Lead Plaintiff Motion") and the Case Management Conference, both calendared for January 8, 2007. If consolidation is not resolved at that time, then the Court will not be able to calendar the Consolidated Amended Complaint and any subsequent Motion to Dismiss or Answer.

4. All parties in both cases, through their counsel, stipulated to consolidation, and filed that stipulation with the Court on November 14, 2006. Therefore, the parties' intention to consolidate the two cases has been in the public record for over a month, without any subsequent objection or opposition.

5. Plaintiffs' Lead Plaintiff Motion is unopposed. Accordingly, Plaintiffs do not anticipate any opposition to their Motion to Consolidate. Nor do Plaintiffs anticipate any prejudice to anyone occurring if the Motion to Consolidate is heard on shortened time.

6. I have spoken with counsel for Defendants and advised him of Plaintiffs' request for shortened time on their Motion to Consolidate. Opposing Counsel does not oppose Plaintiffs' Motion to Consolidate being heard on shortened time.

7. Attached is a proposed order granting the application. On behalf of Plaintiffs, I respectfully request that the Court set the following briefing and hearing schedule:

| | | |
|---|---|---|
| 1 | Opposition Brief: | December 29, 2007 |
| 2 | Reply Brief: | January 2, 2007 |
| 3 | Hearing: | January 8, 2007 at 9:00 a.m. |

If no Opposition is filed, then Plaintiffs will request that the Court decide the matter at the Case Management Conference on January 8, 2007.

    8. The undersigned hereby certifies that the Application for Order Shortening Time is made in good faith and for good cause.

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of December, 2006, at Walnut Creek, California.

                                             /s Kathryn A. Schofield
                                                Kathryn A. Schofield

**\*\*ORDER\*\***

Having considered Plaintiffs Brozovich and Younan's Application for an Order Shortening Time on their Motion to Consolidate, and finding good cause therefor,

IT IS HEREBY ORDERED that Plaintiffs' Motion to Consolidate and related briefing is scheduled as follows:

| | |
|---|---|
| Opposition Brief: | December 29, 2007 |
| Reply Brief: | January 2, 2007 |
| Hearing: | January 8, 2007 at 9:00 a.m. |

IT IS SO ORDERED.

DATED: December 27, 2006

HON. JAMES WARE
UNITED STATES DISTRICT COURT JUDGE