**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7               IN THE UNITED STATES DISTRICT COURT
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                         SAN JOSE DIVISION

10  Frank Brozovich, derivatively on behalf of        NO. C 06-05352 JW
    Nominal Defendant Actel Corp.,
11                                                   **ORDER RE: FILING IN LEAD CASE**
                  Plaintiff,
12     v.

13  John C. East, et al.,

14                Defendants

15     and,

16  Actel Corp.,

17                Nominal Defendant.
                                                 /
18

19       On January 10, 2007, the Court ordered the above entitled derivative cases consolidated.

20  (See Docket Item No. 32.) The Court designed C 06-05352 JW the lead case as it was the earlier

21  filed action. However, there was a typographical error in the Order designating future filings in a

22  different case. This Order corrects that error. All future filings shall be filed in the the lead case, C

23  06-05352 JW.

24

25  Dated: March 20, 2007                                      _____
                                                               JAMES WARE
26                                                             United States District Judge

27

28

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Alan R. Plutzik aplutzik@bramsonplutzik.com
Bahram Seyedin-Noor bnoor@wsgr.com
3 Eric L. Zagar ezagar@sbclasslaw.com
Kathryn A. Schofield kschofield@bramsonplutzik.com
4 L. Timothy Fisher ltfisher@bramsonplutzik.com

6 **Dated:  March 20, 2007**                                         **Richard W. Wieking, Clerk**

                                                                    **By:  /s/ JW Chambers**
                                                                        **Elizabeth Garcia**
                                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California