1  NINA F. LOCKER (Bar No. 123838)
   CAZ HASHEMI (Bar No. 210239)
2  BAHRAM SEYEDIN-NOOR (Bar No. 203244)
   WILSON SONSINI GOODRICH & ROSATI
3  650 Page Mill Road
   Palo Alto, CA 94304
4  Telephone:  (650) 493-9300
   Facsimile:  (650) 493-6811
5  Email: nlocker@wsgr.com
   Email: chashemi@wsgr.com
6  Email: bnoor@wsgr.com
7
8  Attorney for Defendants
   JOHN C. EAST, ESMAT Z. HAMDY,
9  PAUL V. INDACO, FARES N. MUBARAK,
   DENNIS G. KISH, HANK L. PERRET,
10 DOUGLAS D. GOODYEAR, JEFFREY M. SCHLAGETER,
   DAVID M. SUGISHITA, DENNIS F. NYE,
11 CARL N. BURROW, ROBERT J. SMITH II,
   ROBERT G. SPENCER, JON A. ANDERSON
12 DAVID L. VAN DE HEY, BARBARA MCARTHUR,
   SUZANNE KINNER, MICHELLE BEGUN,
13 ANTHONY FARINARO and JACOB JACOBSON
14 and Nominal Defendant ACTEL CORPORATION
15
16
17                 UNITED STATES DISTRICT COURT
18               NORTHERN DISTRICT OF CALIFORNIA
19                      SAN JOSE DIVISION
20

| IN RE ACTEL DERIVATIVE LITIGATION. | ) ) ) ) ) ) ) ) ) | CASE NO: C06-05352-JW STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE RE MOTIONS TO DISMISS |
|---|---|---|

1  WHEREAS, the present action is a purported shareholder derivative action against certain

2  present and former officers and directors of Actel Corporation ("Actel");

3  WHEREAS, on January 8, 2007, this Court entered a briefing schedule setting the time for

4  Plaintiffs to file their amended complaint and Defendants to file responsive pleadings;

5  WHEREAS, on February 9, 2007, Plaintiffs filed their Verified Consolidated Shareholder

6  Derivative Complaint;

7  WHEREAS, any response to the Verified Consolidated Shareholder Derivative Complaint,

8  including any motions to dismiss, are currently due May 18, 2007;

9  WHEREAS, this Court has set a hearing for Defendants' anticipated motions to dismiss on

10  August 6, 2007 at 9:00 a.m. and a Case Management Conference ("CMC") for the same date at

11  10:00 a.m.;

12  WHEREAS, the parties have met and conferred and wish to postpone all activity in this case

13  in order to engage in settlement discussions;

14  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to

15  approval of the Court, as follows:

16  1.  Defendants shall file and serve any response to the Verified Consolidated

17  Shareholder Derivative Complaint, including any motions to dismiss, on or before July 20, 2007;

18  2.  The currently scheduled August 6, 2007 hearing on Defendants' motions to dismiss is

19  vacated.

20  DATED:  May 7, 2007                    WILSON SONSINI GOODRICH & ROSATI
                                           Professional Corporation
21                                         Nina F. Locker (Bar No. 123838)
                                           Caz Hashemi (Bar No. 210239)
22                                         Bahram Seyedin-Noor (Bar No. 203244)

23

24                                         By:___/s/ Bahram Seyedin-Noor_____
                                                  Bahram Seyedin-Noor
25

26                                            650 Page Mill Road
                                              Palo Alto, CA 94304
27                                            Telephone:  (650) 493-9300
                                              Facsimile:  (650) 493-6811
28
STIPULATION AND [PROPOSED]
ORDER SETTING BRIEFING SCHEDULE
                                   - 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Counsel for Defendants*

JOHN C. EAST, ESMAT Z. HAMDY, PAUL V. INDACO, FARES N. MUBARAK, DENNIS G. KISH, HANK L. PERRET, DOUGLAS D. GOODYEAR, JEFFREY M. SCHLAGETER, DAVID M. SUGISHITA, DENNIS F. NYE, CARL N. BURROW, ROBERT J. SMITH II, ROBERT G. SPENCER, JON A. ANDERSON DAVID L. VAN DE HEY, BARBARA MCARTHUR, SUZANNE KINNER, MICHELLE BEGUN, ANTHONY FARINARO and JACOB JACOBSON and Nominal Defendant ACTEL CORPORATION

DATED:  May 7, 2007

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

By:   /s/ Alan R. Plutzik
Alan R. Plutzik (Bar No. 077785)
L. Timothy Fisher (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone:  (925) 945-0200
Facsimile:  (925) 945-8792

SCHIFFRIN & BARROWAY, LLP
Eric Zagar
Michael C. Wagner
280 King of Prussia Road
Radnor, PA  19087
Telephone: 610-667-7706

*Counsel for Plaintiffs*

STIPULATION AND [PROPOSED]
ORDER SETTING BRIEFING SCHEDULE

- 2 -

1
2
**ORDER**
3
PURSUANT TO STIPULATION, IT IS SO ORDERED.
4
5
DATED: _____May 10 2007_____     _____
6                                      Honorable James Ware
7                                      United Sates District Judge
8                                      Northern District of California
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED]
ORDER SETTING BRIEFING SCHEDULE