NINA F. LOCKER (Bar No. 123838)
CAZ HASHEMI (Bar No. 210239)
BAHRAM SEYEDIN-NOOR (Bar No. 203244)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: nlocker@wsgr.com
Email: chashemi@wsgr.com
Email: bnoor@wsgr.com

Attorney for Defendants
JOHN C. EAST, ESMAT Z. HAMDY,
PAUL V. INDACO, FARES N. MUBARAK,
DENNIS G. KISH, HANK L. PERRET,
DOUGLAS D. GOODYEAR, JEFFREY M. SCHLAGETER,
DAVID M. SUGISHITA, DENNIS F. NYE,
CARL N. BURROW, ROBERT J. SMITH II,
ROBERT G. SPENCER, JON A. ANDERSON
DAVID L. VAN DE HEY, BARBARA MCARTHUR,
SUZANNE KINNER, MICHELLE BEGUN,
ANTHONY FARINARO and JACOB JACOBSON
and Nominal Defendant ACTEL CORPORATION

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACTEL DERIVATIVE LITIGATION. | CASE NO: C06-05352-JW<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE RE MOTIONS TO DISMISS** |

STIPULATION AND [PROPOSED]
ORDER SETTING BRIEFING SCHEDULE
CASE NO. C06-05352-JW

1  WHEREAS, the present action is a purported shareholder derivative action against certain present and former officers and directors of Actel Corporation ("Actel");

2  WHEREAS, on January 8, 2007, this Court entered a briefing schedule setting the time for Plaintiffs to file their consolidated complaint and Defendants to file responsive pleadings;

3  WHEREAS, on February 9, 2007, Plaintiffs filed their Verified Consolidated Shareholder Derivative Complaint;

4  WHEREAS, any responses to the Verified Consolidated Shareholder Derivative Complaint, including any motions to dismiss, are currently due July 20, 2007;

5  WHEREAS, the parties have met and conferred and wish to extend the time period for Defendants to file their response to the Verified Consolidated Shareholder Derivative Complaint in order to continue settlement discussions;

6  WHEREAS, pursuant to an Order by the Court on January 8, 2007, a Case Management Conference is scheduled to be held on August 6, 2007;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, as follows:

1. Defendants shall file and serve any responses to the Verified Consolidated Shareholder Derivative Complaint, including any motions to dismiss, on or before September 20, 2007;

2. The Case Management Conference scheduled for August 6, 2007 shall be postponed to a later date, at the Court's convenience, following the proposed extension to September 20, 2007 for Defendants' filing and serving of any responses to the Verified Consolidated Shareholder Derivative Complaint.

//

STIPULATION AND [PROPOSED]
ORDER SETTING BRIEFING SCHEDULE
CASE NO. C06-05352-JW

- 1 -

| | | |
|---|---|---|
| 1 | DATED: July 6, 2007 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | Professional Corporation |
| | | Nina F. Locker (Bar No. 123838) |
| 3 | | Caz Hashemi (Bar No. 210239) |
| | | Bahram Seyedin-Noor (Bar No. 203244) |

By:  /s/ Bahram Seyedin-Noor
       Bahram Seyedin-Noor

650 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 493-9300
Facsimile:  (650) 493-6811

*Attorneys for Defendants*

JOHN C. EAST, ESMAT Z. HAMDY, PAUL V. INDACO, FARES N. MUBARAK, DENNIS G. KISH, HANK L. PERRET, DOUGLAS D. GOODYEAR, JEFFREY M. SCHLAGETER, DAVID M. SUGISHITA, DENNIS F. NYE, CARL N. BURROW, ROBERT J. SMITH II, ROBERT G. SPENCER, JON A. ANDERSON DAVID L. VAN DE HEY, BARBARA MCARTHUR, SUZANNE KINNER, MICHELLE BEGUN, ANTHONY FARINARO and JACOB JACOBSON and Nominal Defendant ACTEL CORPORATION

DATED: July 6, 2007

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
L. Timothy Fisher, Of Counsel (Bar No. 191626)

By:   /s/ Alan R. Plutzik
        Alan R. Plutzik

2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone:  (925) 945-0770
Facsimile:  (925) 945-8792

STIPULATION AND [PROPOSED]
ORDER SETTING BRIEFING SCHEDULE
CASE NO. C06-05352-JW

- 2 -

-and

Lee D. Rudy
Nichole Browning
J. Daniel Albert

    280 King of Prussia Road
    Radnor, PA  19087
    Telephone:  (610) 667-7706
    Facsimile:  (610) 667-7056

*Attorneys for Lead Plaintiffs*

STIPULATION AND [PROPOSED]
ORDER SETTING BRIEFING SCHEDULE
CASE NO. C06-05352-JW

- 3 -

**ORDER**

Pursuant to the above Stipulation, the Case Management Conference presently scheduled for August 6, 2007 is VACATED. A new case management conference will be set when Defendants file their responses to the Amended Complaint.

DATED: __July 9, 2007__          _/s/ James Ware_____
Honorable James Ware
United Sates District Judge
Northern District of California

**SIGNATURE ATTESTATION**

I, Bahram Seyedin-Noor, attest that I have on file an email dated July 6, 2007 from opposing counsel Daniel Albert, stating that each of plaintiff's attorneys whose holographic signatures ("/s/") appear on the Stipulation and [Proposed] Order Setting Briefing Schedule re Motions to Dismiss on July 6 2007, gave their permission for me to sign their names on this document on their behalf. I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 6th day of July, 2007 at Palo Alto, California.

By: ____/ s/ Bahram Seyedin-Noor_____
Bahram Seyedin-Noor

STIPULATION AND [PROPOSED]
ORDER SETTING BRIEFING SCHEDULE
CASE NO. C06-05352-JW