NINA F. LOCKER (Bar No. 123838)
CAZ HASHEMI (Bar No. 210239)
BAHRAM SEYEDIN-NOOR (Bar No. 203244)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: nlocker@wsgr.com
Email: chashemi@wsgr.com
Email: bnoor@wsgr.com

Attorney for Defendants
John C. East, Esmat Z. Hamdy, Paul V. Indaco,
Fares N. Mubarak, Dennis G. Kish,
Henry L. Perret, Douglas D. Goodyear
Jeffrey M. Schlageter, David M. Sugishita,
Dennis F. Nye, Carl N. Burrow, Robert J. Smith,
Robert G. Spencer, Jon A. Anderson,
David L. Van De Hey, Barbara McArthur,
Suzanna Kinner, Michelle Begun,
Anthony Farinaro, Jacob Jacobson and
Nominal Defendant Actel Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACTEL DERIVATIVE LITIGATION. | CASE NO: C06-05352-JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE VERIFIED CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT** |

WHEREAS, the present action is a purported shareholder derivative action against certain present and former officers and directors of Actel Corporation ("Actel");

WHEREAS, on January 8, 2007, this Court entered a briefing schedule setting the time for Plaintiffs to file their consolidated complaint and Defendants to file responsive pleadings;

WHEREAS, on February 9, 2007, Plaintiffs filed their Verified Consolidated Shareholder Derivative Complaint;

WHEREAS, any responses to the Verified Consolidated Shareholder Derivative Complaint, including any motions to dismiss, are currently due September 20, 2007;

WHEREAS, the parties have met and conferred and wish to further extend the time period for Defendants to file their response to the Verified Consolidated Shareholder Derivative Complaint in order to continue settlement discussions;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, as follows:

1. Defendants shall file and serve any responses to the Verified Consolidated Shareholder Derivative Complaint, including any motions to dismiss, on or before December 20, 2007.

DATED: September 12, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
Nina F. Locker (Bar No. 123838)
Caz Hashemi (Bar No. 210239)
Bahram Seyedin-Noor (Bar No. 203244)

By: /s/ Bahram Seyedin-Noor
        Bahram Seyedin-Noor

650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

*Attorneys for Defendants*

STIPULATION AND [PROPOSED]
ORDER EXTENDING TIME TO RESPOND
CASE NO. C06-05352-JW

- 1 -

DATED: September 12, 2007

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
L. Timothy Fisher, Of Counsel (Bar No. 191626)


By:   /s/ Alan R. Plutzik
       Alan R. Plutzik

2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone:  (925) 945-0770
Facsimile:  (925) 945-8792

 -and

Lee D. Rudy
Nichole Browning
J. Daniel Albert

280 King of Prussia Road
Radnor, PA  19087
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056

*Attorneys for Lead Plaintiffs*

STIPULATION AND [PROPOSED]
ORDER EXTENDING TIME TO RESPOND
CASE NO. C06-05352-JW

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September  13 2007                         /s/ James Ware

Honorable James Ware
United States District Judge
Northern District of California

STIPULATION AND [PROPOSED]                - 3 -
ORDER EXTENDING TIME TO RESPOND
CASE NO. C06-05352-JW

1    I, Bahram Seyedin-Noor, am the ECF User whose identification and password are being
2 used to file the Stipulation and [Proposed] Order Extending Time to Respond to the Verified
3 Consolidated Shareholder Derivative Complaint.  In compliance with General Order 45.X.B, I
4 hereby attest that Alan R. Plutzik has concurred in this filing.

6 Dated:  September 12, 2007         WILSON SONSINI GOODRICH & ROSATI
                                     Professional Corporation

                                     By:  /s/  Bahram Seyedin-Noor
                                            Bahram Seyedin-Noor

                                     Attorneys for Defendants
                                     John C. East, Esmat Z. Hamdy, Paul V. Indaco,
                                     Fares N. Mubarak, Dennis G. Kish,
                                     Henry L. Perret, Douglas D. Goodyear
                                     Jeffrey M. Schlageter, David M. Sugishita,
                                     Dennis F. Nye, Carl N. Burrow, Robert J. Smith,
                                     Robert G. Spencer, Jon A. Anderson,
                                     David L. Van De Hey, Barbara McArthur,
                                     Suzanna Kinner, Michelle Begun,
                                     Anthony Farinaro, Jacob Jacobson and
                                     Nominal Defendant Actel Corporation