NINA F. LOCKER (Bar No. 123838)
CAZ HASHEMI (Bar No. 210239)
BAHRAM SEYEDIN-NOOR (Bar No. 203244)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: nlocker@wsgr.com
Email: chashemi@wsgr.com
Email: bnoor@wsgr.com

Attorney for Defendants
John C. East, Esmat Z. Hamdy, Paul V. Indaco,
Fares N. Mubarak, Dennis G. Kish,
Henry L. Perret, Douglas D. Goodyear
Jeffrey M. Schlageter, David M. Sugishita,
Dennis F. Nye, Carl N. Burrow, Robert J. Smith,
Robert G. Spencer, Jon A. Anderson,
David L. Van De Hey, Barbara McArthur,
Suzanna Kinner, Michelle Begun,
Anthony Farinaro, Jacob Jacobson

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
12/06/2007

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACTEL DERIVATIVE LITIGATION. | CASE NO: C06-05352-JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO THE VERIFIED CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT**<br>LAST REQUEST FOR CONTINUANCE |

STIPULATION AND [PROPOSED]
ORDER EXTENDING TIME TO RESPOND
CASE NO. C06-05352-JW

WHEREAS, the present action is a purported shareholder derivative action against certain present and former officers and directors of Actel Corporation ("Actel");

WHEREAS, on January 8, 2007, this Court entered a briefing schedule setting the time for Plaintiffs to file their consolidated complaint and Defendants to file responsive pleadings;

WHEREAS, on February 9, 2007, Plaintiffs filed their Verified Consolidated Shareholder Derivative Complaint;

WHEREAS, pursuant to this Court's order of September 13, 2007, any responses to the Verified Consolidated Shareholder Derivative Complaint, including any motions to dismiss, are currently due December 20, 2007;

WHEREAS, on December 4, 2007, nominal defendant Actel filed with the Court a Motion for Order and [Proposed] Order Permitting Withdrawal and Substitution of Counsel in order to substitute in the law firm of Cooley Godward Kronish LLP as Actel's counsel of record in this matter;

WHEREAS, the parties have met and conferred and wish to further extend the time period for Defendants to file their response to the Verified Consolidated Shareholder Derivative Complaint in order to continue ongoing settlement discussions and allow additional time for nominal defendant Actel's new counsel to properly evaluate the case and take such action as may be necessary;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, as follows:

1. Defendants shall file and serve any responses to the Verified Consolidated Shareholder Derivative Complaint, including any motions to dismiss, on or before February 20, 2008;

2. If and when Defendants serve any motion(s) directed at Plaintiffs' Verified Consolidated Shareholder Derivative Complaint, Plaintiffs' opposition brief(s) will be due within forty-five (45) days of the filing of such motion(s), and that Defendants' reply brief(s) will be due within thirty (30) days of any opposition.

STIPULATION AND [PROPOSED]                - 1 -
ORDER EXTENDING TIME TO RESPOND
CASE NO. C06-05352-JW

| | | |
|---|---|---|
| 1 | DATED:  December 4, 2007 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | Professional Corporation<br>Nina F. Locker (Bar No. 123838) |
| 3 | | Caz Hashemi (Bar No. 210239)<br>Bahram Seyedin-Noor (Bar No. 203244) |

By:_    /s/ Bahram Seyedin-Noor
             Bahram Seyedin-Noor

650 Page Mill Road
Palo Alto, CA 94304
Telephone:  (650) 493-9300
Facsimile:  (650) 493-6811

*Attorneys for Defendants*
*John C. East, Esmat Z. Hamdy, Paul V. Indaco,*
*Fares N. Mubarak, Dennis G. Kish,*
*Henry L. Perret, Douglas D. Goodyear*
*Jeffrey M. Schlageter, David M. Sugishita,*
*Dennis F. Nye, Carl N. Burrow, Robert J. Smith,*
*Robert G. Spencer, Jon A. Anderson,*
*David L. Van De Hey, Barbara McArthur,*
*Suzanna Kinner, Michelle Begun,*
*Anthony Farinaro, Jacob Jacobson*

DATED:  December 4, 2007

COOLEY GODWARD KRONISH LLP
William S. Freeman (Bar No. 82002)
John C. Dwyer (Bar No. 136533)

By:_    /s/ William S. Freeman
             William S. Freeman

3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306-2155
Telephone:  (650) 843-5000
Facsimile:  (650) 857-0663

*Attorneys for Nominal Defendant Actel Corporation*

STIPULATION AND [PROPOSED]
ORDER EXTENDING TIME TO RESPOND
CASE NO. C06-05352-JW

- 2 -

DATED:  December 4, 2007

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
Robert M. Bramson, Of Counsel (Bar No. 102006)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
Nichole Browning


By:    /s/ Alan R. Plutzik_____
       Alan R. Plutzik

       2125 Oak Grove Road, Suite 120
       Walnut Creek, CA 94598
       Telephone:  (925) 945-0770
       Facsimile:  (925) 945-8792

 -and

Lee D. Rudy
J. Daniel Albert

       280 King of Prussia Road
       Radnor, PA  19087
       Telephone:  (610) 667-7706
       Facsimile:  (610) 667-7056

*Attorneys for Lead Plaintiffs*

STIPULATION AND [PROPOSED]                     - 3 -
ORDER EXTENDING TIME TO RESPOND
CASE NO. C06-05352-JW

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Court notes that this is the parties' LAST request for continuance.  The deadline is extended to February 20, 2008 for Defendant to answer Verified Shareholder Derivative Complaint or to file any motions to dismiss.  Any motions to filed shall be noticed to be heard on a date available to the Court.

DATED:   December 6, 2007.

_____
Honorable James Ware
United States District Judge
Northern District of California

STIPULATION AND [PROPOSED]                    - 4 -
ORDER EXTENDING TIME TO RESPOND
CASE NO. C06-05352-JW

1  I, Bahram Seyedin-Noor, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order Extending Time to Respond to the Verified Consolidated Shareholder Derivative Complaint.  I hereby attest that William S. Freeman and Alan R. Plutzik have concurred in this filing.

DATED:  December 4, 2007

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
Nina F. Locker (Bar No. 123838)
Caz Hashemi (Bar No. 210239)
Bahram Seyedin-Noor (Bar No. 203244)

By:     /s/ Bahram Seyedin-Noor
          Bahram Seyedin-Noor

*Attorneys for Defendants*
*John C. East, Esmat Z. Hamdy, Paul V. Indaco,*
*Fares N. Mubarak, Dennis G. Kish,*
*Henry L. Perret, Douglas D. Goodyear*
*Jeffrey M. Schlageter, David M. Sugishita,*
*Dennis F. Nye, Carl N. Burrow, Robert J. Smith,*
*Robert G. Spencer, Jon A. Anderson,*
*David L. Van De Hey, Barbara McArthur,*
*Suzanna Kinner, Michelle Begun,*
*Anthony Farinaro, Jacob Jacobson*