WILLIAM S. FREEMAN (Bar No. 82002)
JOHN C. DWYER (Bar No. 136533)
COOLEY GODWARD KRONISH, LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:  (650) 843-5000
Facsimile:   (650) 857-0663

NINA F. LOCKER (Bar No. 123838)
CAZ HASHEMI (Bar No. 210239)
BAHRAM SEYEDIN-NOOR (Bar No. 203244)
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 493-6811

Attorneys for Nominal Defendant ACTEL CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ACTEL CORPORATION DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Master File No.: C-06-05352-JW<br><br>**ACTEL CORPORATION'S MOTION FOR ORDER AND [PROPOSED] ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>**(Civ. L.R. 7-11 and 11-5)** |

## MOTION

Pursuant to Civil L.R. 7-11 and 11-5, Defendant Actel Corporation ("Actel") hereby moves the Court for an order permitting the withdrawal of its counsel of record, Nina F. Locker, Caz Hashemi and Bahram Seyedin-Noor of Wilson Sonsini Goodrich & Rosati ("WSGR"), and the appearance of substitute counsel, William S. Freeman and John C. Dwyer of Cooley Godward Kronish, LLP ("Cooley"), on its behalf in this action.  Actel respectfully submits that said substitution of counsel is in the interests of justice.

/ / /

1     Actel, WSGR and Cooley consent to such withdrawal and substitution of counsel.

2     Accordingly, Actel respectfully requests that the Court enter an order reflecting this

3 change, and that all necessary changes be made to the Court's records and ECF, and that all

4 future communications regarding this case be directed to the following:

>    WILLIAM S. FREEMAN (Bar No. 82002)
>    JOHN C. DWYER (Bar No. 136533)
>    COOLEY GODWARD KRONISH, LLP
>    Five Palo Alto Square
>    3000 El Camino Real
>    Palo Alto, CA 94306-2155
>    Telephone:     (650) 843-5000
>    Facsimile:     (650) 857-0663
>    Email: freemanws@cooley.com
>    Email: dwyerjc@cooley.com

11    Counsel for Plaintiffs, Lee D. Rudy of Schiffrin Barroway Topaz & Kessler, LLP. was

12 informed of the proposed substitution on November 29, 2007, and indicated that Plaintiffs do not

13 oppose this motion.

14    This motion is not made for purposes of delay or any other improper purpose.

15    WHEREFORE, Actel respectfully requests this Court enter its Order permitting

16 withdrawal and substitution of counsel for Actel, and update the Court's ECF system for this

17 case by removing Nina F. Locker, Caz Hashemi and Bahram Seyedin-Noor of WSGR as counsel

18 of record and substituting in their place William S. Freeman and John C. Dwyer of Cooley as

19 counsel of record for Actel.

DATED:  December 4, 2007        COOLEY GODWARD KRONISH, LLP
                                WILLIAM S. FREEMAN (Bar No. 82002)
                                JOHN C. DWYER (Bar No. 136533)
                                Five Palo Alto Square
                                3000 El Camino Real
                                Palo Alto, CA 94306-2155
                                Telephone:     (650) 843-5000
                                Facsimile:     (650) 857-0663


                                By:  _____/s/_____
                                        William S. Freeman

                                Attorney for Nominal Defendant
                                ACTEL CORPORATION

| | | |
|---|---|---|
| 1 | DATED:  December 4, 2007 | WILSON SONSINI GOODRICH & ROSATI, P.C.<br>NINA F. LOCKER (Bar No. 123838)<br>CAZ HASHEMI (Bar No. 210239)<br>BAHRAM SEYEDIN-NOOR (Bar No. 203244)<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone:    (650) 493-9300<br>Facsimile:     (650) 493-6811<br><br>By:  _____/s/_____<br>         Bahram Seyedin-Noor<br><br>Attorney for Individual Defendants<br>JOHN C. EAST, ESMAT Z. HAMDY, PAUL V. INDACO, FARES N. MUBARAK, DENNIS G. KISH, HENRY L. PERRET, DOUGLAS D. GOODYEAR, JEFFREY SCHLAGETER, DAVID M. SUGISHITA, DENNIS F. NYE, CARL N. BURROW, ROBERT J. SMITH, ROBERT G. SPENCER, JON A. ANDERSON, DAVID L. VAN DE HEY, BARBARA MCARTHUR, SUZANNE KINNER, MICHELLE BEGUN, ANTHONY FARINARO, AND JACOB JACOBSON |
| 15 | DATED:  December 4, 2007 | ACTEL CORPORATION<br><br>By:  _____/s/_____<br>         Dan McCranie<br><br>For Actel Corporation's<br>Board of Directors |


## [~~PROPOSED~~] ORDER

Having reviewed and considered Nominal Defendant Actel Corporation's Motion for Order Permitting Withdrawal and Substitution of Counsel, and good cause appearing, the Court hereby orders that Nina F. Locker, Caz Hashemi and Bahram Seyedin-Noor of Wilson Sonsini Goodrich & Rosati ("WSGR") be permitted to withdraw as counsel of record for Actel Corporation and William S. Freeman and John C. Dwyer of Cooley Godward Kronish, LLP ("Cooley") may appear as substitute counsel of record for Actel Corporation. The Court's ECF system shall be updated to reflect these changes.

**IT IS SO ORDERED.**

DATED: _December 6,_ 2007           _/s/ James Ware_
                                    JAMES WARE
                                    United States District Judge

### ATTESTATION

I hereby attest that I have an authorization for all "conformed" signature (/s/) within this e-filed document.

DATED: December 4, 2007             COOLEY GODWARD KRONISH LLP


                                    By:  _____/s/_____
                                            William S. Freeman

                                    Attorney for Nominal Defendant
                                    ACTEL CORPORATION