COOLEY GODWARD KRONISH LLP
WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
JAMES M. PENNING (229727) (jpenning@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Nominal Defendant
Actel Corporation

*DENIED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACTEL DERIVATIVE LITIGATION | Case No. C 06-05352-JW <br><br> **ORDER DENYING STIPULATION IN PART; SETTING CASE MANAGEMENT CONFERENCE** |

WHEREAS, the Court previously ordered that defendants respond to the Verified Consolidated Shareholder Derivative Complaint ("Complaint") in this action on or before February 20, 2008, and noted that there would be no further extensions of time with respect to such responses;

WHEREAS, Defendants were prepared to file motions to dismiss the Complaint within the time ordered by the Court;

WHEREAS, the parties to this Action have, within the last few days, reached a tentative oral agreement to settle this action, and anticipate that they will shortly reduce this agreement to a written Memorandum of Understanding, to be followed by a Stipulation of Settlement that will be submitted to the Court for approval; and

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

768150 v1/PA

1.

STIPULATION AND [PROPOSED] ORDER RE: TIME TO
RESPOND TO COMPLAINT
C 06-05352-JW

WHEREAS, the parties wish to avoid unnecessary expense to themselves and waste of the Court's resources that would result from proceeding with briefing and argument of the Defendants' anticipated motions to dismiss while they are reducing their tentative settlement agreement to writing;

NOW, THEREFORE, the undersigned parties hereby STIPULATE AND AGREE, subject to the Court's approval, as follows:

1. Defendants' responses to the Complaint shall not be required to be filed by February 20, 2008.

2. This matter shall be set for further status conference in approximately 90 days, at a date and time to be determined by the Court.

3. As soon as practicable, and in any event prior to the status conference referenced in the preceding paragraph, the parties shall submit a formal Stipulation of Settlement for consideration by the Court.

4. If for any reasons the parties' tentative settlement breaks down, the parties shall promptly notify the Court, and defendants' responses to the Complaint shall be filed within 10 days of such notification.

Dated: February 19, 2008

COOLEY GODWARD KRONISH LLP
WILLIAM S. FREEMAN (82002)
JOHN C. DWYER (136533)
JAMES M. PENNING (229727)

/s/
William S. Freeman (82002)

Attorneys for Nominal Defendant
Actel Corporation

//
//
//

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

768150 v1/PA

2.

STIPULATION AND [PROPOSED] ORDER RE: TIME TO
RESPOND TO COMPLAINT
C 06-05352-JW

| | | |
|---|---|---|
| 1 | Dated: February 19, 2008 | WILSON SONSINI GOODRICH & ROSATI<br>NINA F. LOCKER (123838)<br>CAZ HASHEMI (210239)<br>BAHRAM SEYEDIN-NOOR (203244)<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 493-6811 |

/s/
_____
Bahram Seyedin-Noor (203244)

Attorney for Individual Defendants
JOHN C. EAST, ESMAT Z. HAMDY, PAUL V. INDACO, FARES N. MUBARAK, DENNIS G. KISH, DOUGLAS D. GOODYEAR, JEFFREY SCHLAGETER, DAVID M. SUGISHITA, DENNIS F. NYE, CARL N. BURROW, ROBERT J. SMITH, ROBERT G. SPENCER, JON A. ANDERSON, DAVID L. VAN DE HEY, BARBARA MCARTHUR, SUZANNE KINNER, MICHELLE BEGUN, ANTHONY FARINARO, AND JACOB JACOBSON

Dated: February 19, 2008

GIBSON DUNN & CRUTCHER LLP
JONATHAN C. DICKEY (88226)
1881 Page Mill Road
Palo Alto, CA 94304-1125
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

/s/
_____
Jonathan C. Dickey (88226)

Attorney for Individual Defendant
HENRY L. PERRET

//
//
//

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

768150 v1/PA

3.

STIPULATION AND [PROPOSED] ORDER RE: TIME TO RESPOND TO COMPLAINT
C 06-05352-JW

| | |
|---|---|
| Dated: February 19, 2008 | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP<br>ALAN R. PLUTZIK (077785)<br>ROBERT M. BRAMSON (102006)<br>L. TIMOTHY FISHER (191626)<br>NICHOLE BROWNING<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA 94598<br>Telephone: (925) 945-0770<br>Facsimile: (925) 945-8792<br><br>-and-<br><br>LEE D. RUDY<br>J. DANIEL ALBERT<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br><br>_____/s/_____<br>Alan R. Plutzik (077785)<br><br>Attorneys for Lead Plaintiffs |

### [P~~ROPOSED~~] ORDER

For good cause, and upon the stipulation of the parties, IT IS HEREBY ORDERED:

1. Defendants' responses to the Complaint shall not be required to be filed by **March 31, 2008.**

2. This matter shall be set for further status conference on **March 17**, 2008, at 10 a.m

The parties shall file a Joint Case Management Statement on or before March 10, 2008.

Dated: February 27, 2008    _____/s/ James Ware_____
JAMES WARE
United States District Judge

## **FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation and [Proposed Order].

Dated: February 19, 2008      COOLEY GODWARD KRONISH LLP


By: _____/s/_____
      Jeffrey M. Kaban (235743)

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

768150 v1/PA

5.

STIPULATION AND [PROPOSED] ORDER RE: TIME TO
RESPOND TO COMPLAINT
C 06-05352-JW