United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

NO. C 06-05352 JW

In re Actel, Inc. Derivative Litigation

**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE**

———————————————————/

The Court conducted a Case Management Conference on March 17, 2008. Counsel for the respective parties were present. In light of the discussion at the conference, the Court sets a hearing on the parties' anticipated motion for preliminary approval of their proposed class settlement for **April 28, 2008 at 9 a.m.** The parties shall file the Stipulated Preliminary Approval of Class Settlement on or before **April 14, 2008.**

Dated: March 18, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan R Plutzik aplutzik@bramsonplutzik.com
Bahram Seyedin-Noor bnoor@wsgr.com
Eric L. Zagar ezagar@sbtklaw.com
Jeffrey Michael Kaban kabanjm@cooley.com
John C. Dwyer dwyerjc@cooley.com
Jonathan C. Dickey jdickey@gibsondunn.com
Kathryn Anne Schofield kschofield@bramsonplutzik.com
Lawrence Timothy Fisher ltfisher@bramsonplutzik.com
William S. Freeman freemanws@cooley.com

**Dated:  March 18, 2008**                                        **Richard W. Wieking, Clerk**

                                                                 **By:   /s/ JW Chambers**
                                                                         **Elizabeth Garcia**
                                                                         **Courtroom Deputy**