COOLEY GODWARD KRONISH LLP
WILLIAM S. FREEMAN (82002) (freemanws@cooley.com)
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
JEFFREY M. KABAN (235743) (jkaban@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 857-0663

Attorneys for Nominal Defendant
Actel Corporation

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE ACTEL DERIVATIVE LITIGATION | Case No.  C 06-05352-JW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: TIME TO FILE STIPULATION OF SETTLEMENT AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

WHEREAS, on March 17, 2007, the Court held a case management conference and discussed with the counsel for the Plaintiffs, Individual Defendants, and Actel Corporation ("Actel" or "the Company"), (collectively "the Parties"), a schedule for filing a motion for preliminary approval of settlement ("Motion for Preliminary Approval");

WHEREAS, the Parties agreed that they could file the Motion for Preliminary Approval by April 14, 2008;

WHEREAS, on March 18, 2008, the Court issued an Order Following Case Management Conference ("Order") setting the date for the parties to file the Motion for Preliminary Approval by April 14, 2008 and setting a hearing date of April 28, 2008;

//

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

771848 v1/PA

1.

STIPULATION AND [PROPOSED] ORDER RE: TIME TO FILE
STIPULATION OF SETTLEMENT
C 06-05352-JW

1    WHEREAS, the Parties have been working diligently to meet the deadline agreed to at the
2 case management conference and included in the Order;

3    WHEREAS, on March 28, 2008, the Parties executed a memorandum of understanding
4 containing the terms of the proposed settlement ("MOU");

5    WHEREAS, following the execution of the MOU, Actel Corporation produced certain
6 nonpublic documents relating to stock options for Plaintiffs' counsel to review;

7    WHEREAS, following the review, Plaintiffs' counsel interviewed director J. Daniel
8 McCranie, a member of the Special Committee;

9    WHEREAS, the Parties have agreed in principle on the Stipulation of Compromise and
10 Settlement to be filed with the Court;

11    WHEREAS, the Company and the Individual Defendants need to reach an agreement with
12 the insurers regarding the reimbursement of defense costs and other matters before they can sign
13 the Stipulation of Compromise and Settlement;

14    WHEREAS, this agreement with the insurers has taken longer than expected to be
15 finalized; and

16    WHEREAS, the Company and the Individual Defendants expect that the agreement with
17 the insurers will be finalized by Friday, April 18, 2008 at the latest;

18    NOW, THEREFORE, the undersigned parties hereby STIPULATE AND AGREE,
19 subject to the Court's approval, as follows:

20    1.    The Motion for Preliminary Approval will be filed on or before Monday, April 21,
21 2008; and

22    2.    The hearing on the Motion for Preliminary Approval will remain, as previously
23 set, on April 28, 2008 at 9:00 a.m.

24
25
26 //
27 //
28 //

| | | |
|---|---|---|
| 1 | Dated:   April 14, 2008 | COOLEY GODWARD KRONISH LLP |
| 2 | | WILLIAM S. FREEMAN (82002) |
| | | JOHN C. DWYER (136533) |
| 3 | | JEFFREY M. KABAN (235743) |

                                                                         /s/

Jeffrey M. Kaban (235743)

Attorneys for Nominal Defendant
ACTEL CORPORATION

Dated:   April 14, 2008      WILSON SONSINI GOODRICH & ROSATI
NINA F. LOCKER (123838)
CAZ HASHEMI (210239)
BAHRAM SEYEDIN-NOOR (203244)
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:  (650) 493-9300
Facsimile:    (650) 493-6811

                                                                          /s/

Bahram Seyedin-Noor (203244)

Attorney for Individual Defendants
JOHN C. EAST, ESMAT Z. HAMDY, PAUL V. INDACO, FARES N. MUBARAK, DENNIS G. KISH, DOUGLAS D. GOODYEAR, JEFFREY SCHLAGETER, DAVID M. SUGISHITA, DENNIS F. NYE, CARL N. BURROW, ROBERT J. SMITH, ROBERT G. SPENCER, JON A. ANDERSON, DAVID L. VAN DE HEY, BARBARA MCARTHUR, SUZANNE KINNER, MICHELLE BEGUN, ANTHONY FARINARO, AND JACOB JACOBSON

//

//

//

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

771848 v1/PA

3.

STIPULATION AND [PROPOSED] ORDER RE: TIME TO FILE
STIPULATION OF SETTLEMENT
C 06-05352-JW

| | |
|---|---|
| Dated:   April 14, 2008 | GIBSON DUNN & CRUTCHER LLP<br>JONATHAN C. DICKEY (88226)<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1125<br>Telephone:   (650) 849-5300<br>Facsimile:    (650) 849-5333<br><br>                              /s/<br>_____<br>Jonathan C. Dickey (88226)<br><br>Attorney for Individual Defendant<br>HENRY L. PERRET |
| Dated:   April 14, 2008 | SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP<br>ALAN R. PLUTZIK (077785)<br>ROBERT M. BRAMSON (102006)<br>L. TIMOTHY FISHER (191626)<br>NICHOLE BROWNING (251937)<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA  94598<br>Telephone:   (925) 945-0770<br>Facsimile:    (925) 945-8792<br><br>-and-<br><br>LEE D. RUDY<br>J. DANIEL ALBERT<br>280 King of Prussia Road<br>Radnor, PA  19087<br>Telephone:   (610) 667-7706<br>Facsimile:    (610) 667-7056<br><br>                              /s/<br>_____<br>Nichole Browning (251937)<br><br>Attorneys for Lead Plaintiffs |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

771848 v1/PA

4.

STIPULATION AND [PROPOSED] ORDER RE: TIME TO FILE
STIPULATION OF SETTLEMENT
C 06-05352-JW

**[PROPOSED] ORDER**

For good cause, and upon the stipulation of the parties, IT IS HEREBY ORDERED:

1. The Motion for Preliminary Approval will be filed on or before Monday, April 21, 2008;

2. The hearing on the Motion for Preliminary Approval will remain, as previously set, on April 28, 2008 at 9:00 a.m.

Dated: April 18, 2008

_____
**HONORABLE JAMES WARE**

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

771848 v1/PA

5.

STIPULATION AND [PROPOSED] ORDER RE: TIME TO FILE
STIPULATION OF SETTLEMENT
C 06-05352-JW

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation and [Proposed Order].

Dated:  April 14, 2008                COOLEY GODWARD KRONISH LLP


By:         /s/
      Jeffrey M. Kaban (235743)

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

771848 v1/PA

6.

STIPULATION AND [PROPOSED] ORDER RE: TIME TO FILE
STIPULATION OF SETTLEMENT
C 06-05352-JW